R. S. PERRY and others *v.* WESLEY WHITAKER and others.

A citizen of a township, representing a class, may bring an action for the purpose of testing the validity of a certain township election; and another citizen, for himself and others of the same class, upon the same principle, are allowed to come in and defend such action.

This is the same as the preceding case, the facts of which are therein fully stated. Upon the defendant, Ballard, being permitted by his Honor to defend, the plaintiffs appealed.

*Busbee & Busbee* and *Fuller & Ashe*, for appellants.
*Battle & Son, Smith & Strong*, and *Pace*, contra.

READE, J. If one citizen of a township can come in for a class to oppose the certifying of a township vote upon the

ground of the irregularity of the election, there can be no reason why another citizen should not be allowed to maintain the regularity of the election, which is the only question in this case.

This is a branch of a case between the same parties at this terms which is referred to for particulars.

There is no error. Let this be certified.

PER CURIAM.                                     Order affirmed.